---

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF TENNESSEE

Case number *(if known)* _____    Chapter **11**

☐ Check if this is an
amended filing

---

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**04/25**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Sweet Trucking Co., LLC** |

| | | |
|---|---|---|
| **2.** | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **26-3210627** |

**4.  Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **4701 Western Avenue** <br> **Knoxville, TN 37921** <br> Number, Street, City, State & ZIP Code | **P. O. Box 53503** <br> **Knoxville, TN 37950** <br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Knox** <br> County | **Location of principal assets, if different from principal place of business** |
| | Number, Street, City, State & ZIP Code |

**5.  Debtor's website** (URL)  _____

**6.  Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | **Sweet Trucking Co., LLC** | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

__48__

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

Debtor   **Sweet Trucking Co., LLC**                                Case number (*if known*) _____
      Name

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | _____ | Relationship | _____ |
| District | _____ When _____ | Case number, if known | _____ |

---

**11.  Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                                 Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

         Contact name _____

         Phone _____

---

### ▮ Statistical and administrative information

**13.  Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.  Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15.  Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16.  Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor  **Sweet Trucking Co., LLC**
Name

Case number (*if known*)

☐ $50,001 - $100,000  ☐ $10,000,001 - $50  million  ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000  ☐ $50,000,001 - $100 million  ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million  ☐ $100,000,001 - $500 million  ☐ More than $50 billion

| Debtor | **Sweet Trucking Co., LLC** | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

---

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April 21, 2025**
MM / DD / YYYY

**X** **/s/ Gary Wayne Sweet, Jr.**                              **Gary Wayne Sweet, Jr.**
Signature of authorized representative of debtor              Printed name

Title   **Managing Member**

---

**18. Signature of attorney**

**X** **/s/ Keith Edmiston**                              Date   **April 21, 2025**
Signature of attorney for debtor                         MM / DD / YYYY

**Keith Edmiston**
Printed name

**Clark & Washington, PC**
Firm name

**408 S. Northshore Drive**
**Knoxville, TN 37919**
Number, Street, City, State & ZIP Code

Contact phone   **865-281-8084**      Email address   **cwknoxville@cw13.com**

**018366 TN**
Bar number and State

# ADDENDUM TO PETITION
Documents Required Under 11 U.S.C. § 1116(1)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION

IN RE:

No. 3:25-bk-39999-SHB

SWEET TRUCKING CO., LLC,                                          CHAPTER 11

    Debtor.

### DECLARATION OF DEBTOR PURSUANT TO 11 U.S.C. § 1116(1)(B)

The Debtor, by and through its Managing Member, Gary Sweet, submits the following declaration for compliance with 11 U.S.C. § 1116(1)(B) as to the requirement that the most recently prepared balance sheet, statement of operations, and cash-flow statement and most recently filed federal income tax return be filed.

I, Gary Sweet, Managing Member of Sweet Trucking Co., LLC, declare under penalty of perjury that the following statements are true and correct to the best of my knowledge, information, and belief:

1.     The most recently prepared balance sheet was prepared as of December 31, 2023, and is attached to the petition.

2.     The most recently prepared statement of operations was for the 1-year period January 1, 2023 to December 31, 2023, and is attached to the petition.

3.     A cash flow statement has not been prepared and the company does not generally prepare cash flow statements.

4.     The most recently filed tax return was for tax year 2023, and was the joint return prepared by myself and my wife, which included Schedule C to Form 1040, which is attached to the petition.

SWEET TRUCKING CO., LLC


By:    Gary Sweet

                    04 / 21 / 2025

Its:    Managing Member



        RESPECTFULLY SUBMITTED this 21st day of April, 2025.


                    /s/Keith L. Edmiston
                    KEITH L. EDMISTON, BPR 018366
                    *Attorney for the Debtor*
                    CLARK & WASHINGTON, PC
                    1321 Murfreesboro Pike, Ste. 320
                    Nashville, TN 37217
                    (615) 251-9782
                    kedmiston@cw13.com

## Last-Filed Federal Income Tax Return

Filed Separately

# Sweet Trucking Co LLC
## Statement of Revenues and Expenses - Income Tax Basis
### For the One and  Twelve Months Ended  December 31, 2023

|  | One Month Ended December 31, 2023 | Twelve Months Ended December 31, 2023 |
|---|---|---|
| **Sales** | | |
| Trucking Revenue | 144,400.00 | 2,431,162.06 |
| Total Sales | 144,400.00 | 2,431,162.06 |
| | | |
| **Cost of Goods Sold** | | |
| Total Cost of Goods Sold | | |
| | | |
| **Gross Profit** | 144,400.00 | 2,431,162.06 |
| | | |
| **Operating Expenses** | | |
| Advertising | 2,387.88 | 12,032.10 |
| Bank Fees | 59.95 | 922.60 |
| Fuel | 28,762.65 | 367,596.88 |
| Dues & Subscriptions | .00 | 409.00 |
| Freight-In & Postage | .00 | 198.00 |
| Insurance | 17,762.79 | 220,279.62 |
| Interest Expense | 47,861.61 | 47,861.61 |
| Laundry and Cleaning | 98.25 | 18,396.43 |
| Legal & Professional | .00 | 4,390.50 |
| Office Expense | 511.11 | 26,602.25 |
| Rent-Equipment | 100.00 | 3,157.21 |
| Leased Equipment | 3,181.57 | 142,612.30 |
| Repairs | 4,529.93 | 304,264.18 |
| Supplies | 1,691.64 | 14,385.17 |
| Job Materials | 2,998.06 | 84,535.05 |
| Permits | 7,376.00 | 37,275.95 |
| Payroll Taxes | 4,637.62 | 52,012.37 |
| Equipment Licenses/Taxes | .00 | 1,784.50 |
| Other Misc. Taxes | .00 | 29,988.63 |
| Travel | 3,493.79 | 18,280.25 |
| Meals and Entertainment | 515.34 | 12,362.77 |
| Telephone | 919.22 | 12,617.05 |
| Utilities | 1,435.05 | 24,336.59 |
| Contract Services | .00 | 2,737.50 |
| Rent | 4,100.00 | 41,354.00 |
| Wages-Regular | 60,622.00 | 666,252.59 |
| Total Operating Expenses | 193,044.46 | 2,146,645.10 |
| | | |
| **Net Income from Operations** | (48,644.46) | 284,516.96 |
| | | |
| **Other Income (Expenses)** | | |
| Interest Income | .00 | 4,772.33 |
| Total Other Income (Expenses) | .00 | 4,772.33 |
| | | |
| **Net Income (Loss)** | $      (48,644.46) | $      289,289.29 |

See accompanying notes and accountant's report.

**Sweet Trucking Co LLC**
**Statement of Assets, Liabilities, and Stockholders' Equity - Income Tax Basis**
**December 31, 2023**

|  | | 2023 |
|---|---|---|
| **ASSETS** | | |
| **Current Assets** | | |
| Cash in Bank-Checking | $ | (15,849.37) |
| Cash in Bank - US Bank | | 1,084.54 |
| A/R-Employees | | 315.00 |
| Total Current Assets | | (14,449.83) |
| **Property and Equipment** | | |
| Equipment | | 3,115,775.95 |
| Leasehold Improvements | | 14,732.00 |
| Portable Building | | 63,263.35 |
| Accum. Deprec.-Equipment | | (735,152.00) |
| Total Property and Equipment | | 2,458,619.30 |
| **Other Assets** | | |
| Total Other Assets | | |
| **Total Assets** | $ | 2,444,169.47 |
| **LIABILITIES AND STOCKHOLDERS' EQUITY** | | |
| **Current Liabilities** | | |
| FICA Taxes Payable | $ | 3,308.94 |
| State Unemployment Pay. | | 44.38 |
| Fed. Unemployment Tax Pay | | 53.27 |
| Total Current Liabilities | | 3,406.59 |
| **Long-Term Liabilities** | | |
| Long-Tern Debts | | 1,261,927.68 |
| Total Long Term Liabilities | | 1,261,927.68 |
| Total Liabilities | | 1,265,334.27 |
| **Stockholders' Equity** | | |
| Owner's Equity | | (114,144.08) |
| Draw | | (185,488.16) |
| Retained Earnings | | 1,189,178.15 |
| Net Income (Loss) | | 289,289.29 |
| Total Stockholders' Equity | | 1,178,835.20 |
| **Total Liabilities And** | | |
| **Stockholders' Equity** | $ | 2,444,169.47 |

See accompanying notes and accountant's report.

**Fill in this information to identify the case:**

Debtor name   **Sweet Trucking Co., LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF TENNESSEE

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   **12/15**

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule* _____
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April 21, 2025**           X **/s/ Gary Wayne Sweet, Jr.**
                                          Signature of individual signing on behalf of debtor

                                          **Gary Wayne Sweet, Jr.**
                                          Printed name

                                          **Managing Member**
                                          Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    **Sweet Trucking Co., LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF TENNESSEE

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*....................................................................................    $    **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.................................................................................    $    **1,293,647.50**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*...................................................................................    $    **1,293,647.50**

| Part 2: | Summary of Liabilities |
|---|---|

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $    **1,119,143.49**

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................    $    **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................    +$    **352,354.64**

4.    Total liabilities ...............................................................................................................
    Lines 2 + 3a + 3b    $    **1,471,498.13**

**Fill in this information to identify the case:**

Debtor name        **Sweet Trucking Co., LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF TENNESSEE

Case number (if known)   _____

☐ Check if this is an
   amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---------|---------------------------|

**1. Does the debtor have any cash or cash equivalents?**

■ No.  Go to Part 2.
☐ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|----------------------------------------------------------------|-------------------------------------|

| Part 2: | Deposits and Prepayments |
|---------|--------------------------|

**6. Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---------|---------------------|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☐ Yes Fill in the information below.

11.        **Accounts receivable**

| 11a. 90 days old or less: | **146,307.50** | - | **0.00** | = .... | **$146,307.50** |
|---------------------------|----------------|---|----------|--------|------------------|
| | face amount | | doubtful or uncollectible accounts | | |

12.        **Total of Part 3.**
           Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

|  |
|--|
| **$146,307.50** |

| Part 4: | Investments |
|---------|-------------|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---------|------------------------------------------|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

Debtor   **Sweet Trucking Co., LLC**
Name

Case number *(If known)* _____

☑ No. Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☑ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **2020 Kenworth T880 Dump Truck**<br>VIN: 1NKZX4EX0LJ289796 | $0.00 | N/A | $150,000.00 |
| 47.2.  **2023 Kenworth T880 Dump Truck**<br>VIN: 1NKZL40X7PJ238935 | $0.00 | N/A | $200,000.00 |
| 47.3.  **2021 Chevrolet Silverado**<br>VIN: 3GCUYEED8MG121539 | $0.00 | N/A | $33,940.00 |
| 47.4.  **2011 Ford F-250**<br>VIN 1FT7W2BT5BEB21810 | $0.00 | N/A | $24,000.00 |
| 47.5.  **2014 Ford F-150**<br>VIN 1FTNF1CF4EKG41450 | $0.00 | N/A | $8,400.00 |
| 47.6.  **2015 Ford F-250**<br>VIN | $0.00 | N/A | $25,000.00 |
| 47.7.  **2020 Cam Small Equipment Trailer**<br>SN: 5JWCF2027LP503765 | $0.00 | N/A | $6,000.00 |
| 47.8.  **1996 Step Deck Trailer**<br>SN: 204861 | $0.00 | N/A | $15,000.00 |

| Debtor | **Sweet Trucking Co., LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 47.9. | **2014 Fontaine Flip Axle Trailer**<br>SN: 13NM014100E35P071 | $0.00 | | **Unknown** |
| 47.10. | **1992 Great Dane Flat Bed Trailer** | $0.00 | N/A | $15,000.00 |
| 47.11. | **2016 Transcraft 53' Drop Deck Trailer**<br>SN: 1TTE5320493985576 | $0.00 | N/A | $25,000.00 |

| | | | | |
|---|---|---|---|---|
| 48. | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. | **Aircraft and accessories** | | | |
| 50. | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| | **2018 John Deere 325G Track Skid Steer**<br>SN: 1T0325GKHJJ334236 | $0.00 | N/A | $25,000.00 |
| | **2020 Hitachi ZX60USB-5N Mini Excavator**<br>SN: 73375 | $0.00 | N/A | $50,000.00 |
| | **2024 Komatsu D51PXi-24 Bulldozer**<br>SN: 15803 | $0.00 | N/A | $200,000.00 |
| | **2021 Fontaine Magitude 55LP Gooseneck Trailer**<br>SN: 57JE53302M3578062 | $0.00 | N/A | $60,000.00 |
| | **2021 Fontaine Lowbed Trailer**<br>SN: 57JE53308M3578308 | $0.00 | N/A | $60,000.00 |
| | **2022 Trail King TK70HDG Trailer**<br>SN: 1TKJ04428NM077179 | $0.00 | N/A | $80,000.00 |
| | **2024 Fontaine Magnitude 60LCC Tridem**<br>SN: 57JE53301R35A2853 | $0.00 | N/A | $120,000.00 |
| | **2024 Trail King TKT50LP Flatbed Trailer**<br>SN: 1TKC03534RR094063 | $0.00 | N/A | $50,000.00 |

| | | |
|---|---|---|
| 51. | **Total of Part 8.**<br>Add lines 47 through 50. Copy the total to line 87. | $1,147,340.00 |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No

Debtor    **Sweet Trucking Co., LLC**                                     Case number *(If known)* _____
          Name

☐ Yes

| Part 9: | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**

☒ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☒ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | **All other assets** |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

☒ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor   **Sweet Trucking Co., LLC**                                  Case number *(If known)* _____
         Name

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $146,307.50 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $1,147,340.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*........................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,293,647.50 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,293,647.50 |

| Fill in this information to identify the case: |
|---|

Debtor name __**Sweet Trucking Co., LLC**__

United States Bankruptcy Court for the: __EASTERN DISTRICT OF TENNESSEE__

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | | | Column A | Column B |
|---|---|---|---|---|
|  | | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |
| **2.1** **Amur Equipment Finance**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**2023 Kenworth T880 Dump Truck**<br>  VIN: 1NKZL40X7PJ238935 | | $337,232.85 | $200,000.00 |
| **304 W. 3rd Street**<br>**Grand Island, NE 68801**<br>Creditor's mailing address | Describe the lien<br>**Purchase Money Security**<br>**Is the creditor an insider or related party?** | | | |
|  | ☑ No<br>☐ Yes | | | |
| Creditor's email address, if known | **Is anyone else liable on this claim?** | | | |
| **Date debt was incurred** | ☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | | |
| **Last 4 digits of account number** | | | | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply | | | |
| ☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | | |
| **2.2** **Arvest Bank**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**2022 Trail King TK70HDG Trailer**<br>  SN: 1TKJ04428NM077179 | | $42,141.14 | $80,000.00 |
| **801 John Barrow Road**<br>**Little Rock, AR 72205**<br>Creditor's mailing address | Describe the lien<br>**Purchase Money Security**<br>**Is the creditor an insider or related party?** | | | |
|  | ☑ No<br>☐ Yes | | | |
| Creditor's email address, if known | **Is anyone else liable on this claim?** | | | |
| **Date debt was incurred** | ☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | | |
| **Last 4 digits of account number** | | | | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply | | | |

| Debtor | **Sweet Trucking Co., LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

☐ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **BMO Transportation** | **Describe debtor's property that is subject to a lien** | $12,282.36 | $60,000.00 |
|---|---|---|---|---|

Creditor's Name

**300 E. John W. Carpenter Fwy, Ste. 500
Irving, TX 75062**

Creditor's mailing address

**2021 Fontaine Lowbed Trailer
 SN:  57JE53308M3578308**

**Describe the lien**

**Purchase Money Security**

**Is the creditor an insider or related party?**

☐ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☐ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Cashmere Valley Bank** | **Describe debtor's property that is subject to a lien** | $194,294.76 | $150,000.00 |
|---|---|---|---|---|

Creditor's Name

**124 E. Penny Road, Ste. 202
Wenatchee, WA 98801**

Creditor's mailing address

**2020 Kenworth T880 Dump Truck
 VIN:  1NKZX4EX0LJ289796**

**Describe the lien**

**Purchase Money Security**

**Is the creditor an insider or related party?**

☐ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☐ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Huntington Equipment Finance** | **Describe debtor's property that is subject to a lien** | $8,674.68 | $60,000.00 |
|---|---|---|---|---|

Creditor's Name

**2361 Morse Road, Ste. NC1N7
Columbus, OH 43229**

Creditor's mailing address

**2021 Fontaine Magitude 55LP Gooseneck Trailer
 SN:  57JE53302M3578062**

**Describe the lien**

**Purchase Money Security**

---

| Debtor | **Sweet Trucking Co., LLC** | Case number *(if known)* | |
| --- | --- | --- | --- |
| | Name | | |

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **JB&B Capital** | Describe debtor's property that is subject to a lien | $260,794.80 | $200,000.00 |
| --- | --- | --- | --- | --- |

Creditor's Name

**109 S. Northshore Dr., Ste. 200**
**Knoxville, TN 37919**

**2024 Komatsu D51PXi-24 Bulldozer**
  **SN:  15803**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **Leaf Capital d/b/a Leaf Lease Services** | Describe debtor's property that is subject to a lien | $62,565.05 | $50,000.00 |
| --- | --- | --- | --- | --- |

Creditor's Name

**2005 Market Street, 14th Floor**
**Philadelphia, PA 19103**

**2020 Hitachi ZX60USB-5N Mini Excavator**
  **SN:  73375**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| Debtor | **Sweet Trucking Co., LLC** | | Case number (if known) | |
| | Name | | | |

---

| 2.8 | **Mitsubishi HC Capital** | Describe debtor's property that is subject to a lien | $127,376.60 | $120,000.00 |

Creditor's Name

**2024 Fontaine Magnitude 60LCC Tridem**
SN:  57JE53301R35A2853

**140 East 45th Street 30B-1
New York, NY 10017**

Creditor's mailing address

Describe the lien
**Purchase Money Security**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **TD Auto Finance** | Describe debtor's property that is subject to a lien | $37,263.87 | $33,940.00 |

Creditor's Name

**2021 Chevrolet Silverado**
VIN:  3GCUYEED8MG121539

**27777 Inkster Road
Farmington, MI 48333**

Creditor's mailing address

Describe the lien
**Certificate of Title**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.10 | **Trail King Financial Services** | Describe debtor's property that is subject to a lien | $0.00 | $50,000.00 |

Creditor's Name

**2024 Trail King TKT50LP Flatbed Trailer**
SN:  1TKC03534RR094063

**300 E. Norway Avenue
Mitchell, SD 57301**

Creditor's address

Describe the lien
**Purchase Money Security**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

---

Debtor  **Sweet Trucking Co., LLC**
_____    Case number (if known) _____
Name

**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1 1 | **U.S. Bank Equipment Finance** | | | |
|---|---|---|---|---|
| | Creditor's Name | **Describe debtor's property that is subject to a lien** | $36,517.38 | $25,000.00 |
| | **1310 Madrid Street, Ste. 101** | **2018 John Deere 325G Track Skid Steer** | | |
| | **Marshall, MN 56258** | **SN: 1T0325GKHJJ334236** | | |
| | Creditor's mailing address | | | |

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**
Creditor's email address, if known
■ No
☐ Yes

**Is anyone else liable on this claim?**
**Date debt was incurred**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    | **$1,119,143.49** |

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **U.S. Bank** **607 Market Street** **Knoxville, TN 37902** | Line  **2.11** | |

**Fill in this information to identify the case:**

Debtor name      **Sweet Trucking Co., LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF TENNESSEE

Case number (if known)   _____

☐ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims           12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:  List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address<br>**App Funding Beta LLC**<br>**29 W 36th Street Suite 307**<br>**New York, NY 10018**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **MCA Loan**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$5,805.50** |
| **3.2** | Nonpriority creditor's name and mailing address<br>**Contractor's Machinery**<br>**3310 Wright's Ferry Road**<br>**Louisville, TN 37777**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Trade Debt**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$16,806.07** |
| **3.3** | Nonpriority creditor's name and mailing address<br>**EBF Holdings, LLC**<br>**2001 NW 107th Ave., 3rd Floor**<br>**Miami, FL 33172-2513**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Loan**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$16,166.15** |
| **3.4** | Nonpriority creditor's name and mailing address<br>**Fleet Tire**<br>**111 East Woodland Avenue**<br>**Knoxville, TN 37917**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Trade Debt**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$8,685.24** |

| Debtor | Sweet Trucking Co., LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.5** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,518.92**

**Great Lakes Petroleum**
**11110 Westlake Road**
**Charlotte, NC 28208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Basis for the claim:  **Trade Debt**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$75,000.00**

**Internal Revenue Service**
**Centralized Insolvency Operation**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Basis for the claim:  **941 Taxes**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,595.47**

**JB&B Capital**
**109 S. Northshore Dr., Ste. 200**
**Knoxville, TN 37919**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Basis for the claim:  **Loan**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

**3.8** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$22,826.19**

**Power Equipment**
**3300 Dozer Lane**
**Knoxville, TN 37920**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Basis for the claim:  **Trade Debt**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$67,315.95**

**Thompson Truck Leasing**
**4550 Rutledge Pike**
**Knoxville, TN 37914**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Basis for the claim:  **Lease arrearage**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

**3.10** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$19,266.64**

**Truist Bank**
**214 N Tyron Street**
**Charlotte, NC 28202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Basis for the claim:  **Loan**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

**3.11** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,754.02**

**Truist Bank**
**214 N Tyron Street**
**Charlotte, NC 28202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Basis for the claim:  **Small Business Loan**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Sweet Trucking Co., LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,500.16 |
|---|---|---|---|

**Truist Bank**
**214 N Tyron Street**
**Charlotte, NC 28202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Small Business LOC**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $45,114.33 |
|---|---|---|---|

**US Bank**
**800 Nicollet Mall**
**Minneapolis, MN 55402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Credit Card**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **4500 Renaissance Pkwy**<br>**Cleveland, OH 44128** | Line **3.5**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Phillip Byron Jones**<br>**Evans, Jones & Reynolds, P.C.**<br>**401 Commerce Street, Ste. 710**<br>**Nashville, TN 37219-2405** | Line **3.9**<br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Truist  Bank**<br>**900 S. Gay Street**<br>**Knoxville, TN 37902** | Line **3.10**<br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Truist  Bank**<br>**900 S. Gay Street**<br>**Knoxville, TN 37902** | Line **3.12**<br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Truist Bank**<br>**900 S. Gay Street**<br>**Knoxville, TN 37902** | Line **3.11**<br>☐ Not listed. Explain ____ | _ |
| 4.6 | **United States Attorney's Office**<br>**Howard H. Baker Jr. U.S. Courthouse**<br>**800 Market Street, Suite 211**<br>**Knoxville, TN 37902** | Line **3.6**<br>☐ Not listed. Explain ____ | _ |
| 4.7 | **US Bank**<br>**607 Market Street**<br>**Knoxville, TN 37902** | Line **3.13**<br>☐ Not listed. Explain ____ | _ |

---

**Part 4:**   **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  **Add the amounts of priority and nonpriority unsecured claims.**

| Total of claim amounts |
|---|

| Debtor | **Sweet Trucking Co., LLC** | Case number (if known) | |
|--------|------------------------------|------------------------|---|
| | Name | | |

| | | | |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | **0.00** |
| **5b. Total claims from Part 2** | 5b. + | $ | **352,354.64** |
| | | | |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | **352,354.64** |

**Fill in this information to identify the case:**

Debtor name  **Sweet Trucking Co., LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF TENNESSEE

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                 12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal  Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.  State what the contract or lease is for and the nature of the debtor's interest | **Lease of Hitachi ZX250LC-6N Excavator  Serial No. 440223** | |
| State the term remaining | **44 Months** | |
| List the contract number of any government contract | _____ | **Pawnee Leasing Corporation 3801 Automation Way, Ste. 207 Fort Collins, CO 80525** |

**Fill in this information to identify the case:**

Debtor name __**Sweet Trucking Co., LLC**__

United States Bankruptcy Court for the: __EASTERN DISTRICT OF TENNESSEE__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Gary Sweet** | **1621 SunDrop Drive**<br>**Knoxville, TN 37921** | **Pawnee Leasing Corporation** | ☐ D _____<br>☐ E/F _____<br>☑ G ___**2.1**___ |

**Fill in this information to identify the case:**

Debtor name    **Sweet Trucking Co., LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF TENNESSEE

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    **04/25**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **For prior year:**<br>From  **1/01/2024** to **12/31/2024** | ■ Operating a business<br>☐ Other  _____ | **$2,115,004.93** |
| **For year before that:**<br>From  **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other  _____ | **$2,275,007.40** |
| **For the fiscal year:**<br>From  **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other  _____ | **$2,706,580.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

Debtor    **Sweet Trucking Co., LLC**                                      Case number *(if known)*

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Pawnee Leasing Corporation 3801 Automation Way, Ste. 207 Fort Collins, CO 80525** | **2019 Hitachi ZX250LC-6N Excavator** | **12/2024** | **$150,000.00** |

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**    **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

■ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:**    **Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | **Second Harvest Food Bank 136 Harvest Ln Maryville, TN 37801** | **Donationh for Food Drive for the Hungry** | **11/2023; 11/2024** | **$2,000.00** |
| | Recipients relationship to debtor | | | |

Debtor    **Sweet Trucking Co., LLC** _____    Case number *(if known)* _____

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.2. | **Cure Finders**<br>**2510 Atchley Road**<br>**Sevierville, TN 37876** | **Find a cure for Cystic Fibrosis** | **4/2024; 4/2025** | **$5,000.00** |
| | Recipients relationship to debtor | | | |

---

### Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| **A rental Trackhoe was damaged due to theft** | **Insurance paid Coker Rentals for the Damage** | | **$170,000.00** |

---

### Part 6:    Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

■ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

### Part 7:    Previous Locations

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    **Sweet Trucking Co., LLC**                                    Case number *(if known)*

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **1621 Sundrop Dr** **Knoxville, TN 37921** | ()- 1/2024 |

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
   Is the debtor primarily engaged in offering services and facilities for:
   - diagnosing or treating injury, deformity, or disease, or
   - providing any surgical, psychiatric, drug treatment, or obstetric care?

   ■ No. Go to Part 9.
   ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

   ☐ No.
   ■ Yes. State the nature of the information collected and retained.

   **Customer and Company names, addresses, phone numbers, and emails**

   Does the debtor have a privacy policy about that information?
   ■ No
   ☐ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

   ■ No. Go to Part 10.
   ☐ Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
   Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
   Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

   ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
   List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

Debtor   **Sweet Trucking Co., LLC**                                    Case number *(if known)* _____

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:**   **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **McMillan Roofing** <br> **112 Foust Carney Rd** <br> **Powell, TN 37849** | **4701 Western Ave** <br> **Knoxville, TN 37921** | **Blue Manlift and Green Forklift.** | $0.00 |

**Part 12:**   **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

    ■ No.
    ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Debtor | Sweet Trucking Co., LLC | Case number *(if known)* |
|--------|-------------------------|--------------------------|

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|------------------------|-------------------------------------|------------------------------|----------------|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
    Include this information even if already listed in the Schedules.

    ■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|------------------------|--------------------------------------|----------------------------------------------------------------------------------------------------------------|

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

    ☐ None

| Name and address | Date of service<br>From-To |
|-------------------|----------------------------|
| 26a.1. | **Howard Cox, CPA**<br>**6400 Papermill Dr**<br>**Ste 205**<br>**Knoxville, TN 37919** | |
| 26a.2. | **Tristar Bookkeeping & Payroll, LLC** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|-------------------|----------------------------|
| 26b.1. | **Howard Cox, CPA**<br>**6400 Papermill Dr**<br>**Ste 205**<br>**Knoxville, TN 37919** | |

| Name and address | Date of service<br>From-To |
|-------------------|----------------------------|
| 26b.2. | **Christy Evers**<br>**Tristar Bookkeeping & Payroll, LLC** | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|-------------------|------------------------------------------------------------------|
| 26c.1. | **Howard Cox, CPA**<br>**6400 Papermill Dr**<br>**Ste 205**<br>**Knoxville, TN 37919** | |
| 26c.2. | **Christy Evers**<br>**Tristar Bookkeeping & Payroll, LLC** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    **Sweet Trucking Co., LLC**                                    Case number *(if known)*

☐ None

| Name and address |
|---|
| 26d.1.    **M&T Capital** |
| 26d.2.    **Advance Capital Group** |
| 26d.3.    **JB&B Capital**<br>**109 S. Northshore Dr., Ste. 200**<br>**Knoxville, TN 37919** |
| 26d.4.    **PMF Capital** |

27. **Inventories**
    Have any inventories of the debtor's property been taken within 2 years before filing this case?

    ■ No
    ☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Gary W. Sweet | | | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

    ■ No
    ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

    ■ No
    ☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

    ■ No
    ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor   **Sweet Trucking Co., LLC**                                        Case number *(if known)*

---

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | |

---

**Part 14:** **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April 21, 2025**

**/s/ Gary Wayne Sweet, Jr.**                           **Gary Wayne Sweet, Jr.**
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor   **Managing Member**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

---

**United States Bankruptcy Court**
**Eastern District of Tennessee**

In re   **Sweet Trucking Co., LLC** _____   Case No. _____

                                    Debtor(s)         Chapter   **11** _____

## VERIFICATION OF CREDITOR MATRIX

     The above Debtor(s) hereby verifies under the penalty of perjury under the laws of the United States of America that the attached list of creditors is true and correct to the best of his/her knowledge.

Date: **April 21, 2025** _____   **/s/ Gary Wayne Sweet, Jr.** _____
                                         **Gary Wayne Sweet, Jr.**/Managing Member
                                         Signer/Title

Date: **April 21, 2025** _____   **/s/ Keith Edmiston** _____
                                         Signature of Attorney
                                         **Keith Edmiston**
                                         **Clark & Washington, PC**
                                         **408 S. Northshore Drive**
                                         **Knoxville, TN 37919**
                                         **865-281-8084  Fax: 865-862-8967**

4500 Renaissance Pkwy
Cleveland, OH 44128


Amur Equipment Finance
304 W. 3rd Street
Grand Island, NE 68801

App Funding Beta LLC
29 W 36th Street Suite 307
New York, NY 10018

Arvest Bank
801 John Barrow Road
Little Rock, AR 72205

BMO Transportation
300 E. John W. Carpenter Fwy, Ste. 500
Irving, TX 75062

Cashmere Valley Bank
124 E. Penny Road, Ste. 202
Wenatchee, WA 98801

Contractor's Machinery
3310 Wright's Ferry Road
Louisville, TN 37777

EBF Holdings, LLC
2001 NW 107th Ave., 3rd Floor
Miami, FL 33172-2513

Fleet Tire
111 East Woodland Avenue
Knoxville, TN 37917

Gary Sweet
1621 SunDrop Drive
Knoxville, TN 37921

Great Lakes Petroleum
11110 Westlake Road
Charlotte, NC 28208

Huntington Equipment Finance
2361 Morse Road, Ste. NC1N7
Columbus, OH 43229

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

JB&B Capital
109 S. Northshore Dr., Ste. 200
Knoxville, TN 37919

Leaf Capital d/b/a Leaf Lease Services
2005 Market Street, 14th Floor
Philadelphia, PA 19103

Mitsubishi HC Capital
140 East 45th Street 30B-1
New York, NY 10017

Pawnee Leasing Corporation
3801 Automation Way, Ste. 207
Fort Collins, CO 80525

Phillip Byron Jones
Evans, Jones & Reynolds, P.C.
401 Commerce Street, Ste. 710
Nashville, TN 37219-2405

Power Equipment
3300 Dozer Lane
Knoxville, TN 37920

TD Auto Finance
27777 Inkster Road
Farmington, MI 48333

Thompson Truck Leasing
4550 Rutledge Pike
Knoxville, TN 37914

Trail King Financial Services
300 E. Norway Avenue
Mitchell, SD 57301

Truist  Bank
900 S. Gay Street
Knoxville, TN 37902

Truist Bank
214 N Tyron Street
Charlotte, NC 28202

Truist Bank
900 S. Gay Street
Knoxville, TN 37902

U.S. Bank
607 Market Street
Knoxville, TN 37902

U.S. Bank Equipment Finance
1310 Madrid Street, Ste. 101
Marshall, MN 56258

United States Attorney's Office
Howard H. Baker Jr. U.S. Courthouse
800 Market Street, Suite 211
Knoxville, TN 37902

US Bank
800 Nicollet Mall
Minneapolis, MN 55402

US Bank
607 Market Street
Knoxville, TN 37902

# United States Bankruptcy Court
### Eastern District of Tennessee

In re   **Sweet Trucking Co., LLC** _____

Debtor(s)

Case No. _____

Chapter   **11**_____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Sweet Trucking Co., LLC**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**April 21, 2025**_____

Date

**/s/ Keith Edmiston**_____

**Keith Edmiston**

Signature of Attorney or Litigant

Counsel for   **Sweet Trucking Co., LLC**_____

**Clark & Washington, PC**

**408 S. Northshore Drive**
**Knoxville, TN 37919**
**865-281-8084 Fax:865-862-8967**
**cwknoxville@cw13.com**