**Fill in this information to identify the case:**

Debtor name: **Sweet Trucking Co., LLC**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TENNESSEE**

Case number (if known): **3:25-bk-30765**

☑ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property  12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes Fill in the information below.

   All cash or cash equivalents owned or controlled by the debtor — Current value of debtor's interest

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   | | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
   |---|---|---|---|---|
   | 3.1. | Truist Bank (negative balance) | Checking Account | 2015 | $0.00 |
   | 3.2. | Truist Bank | Checking Account | 0142 | $1,034.34 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**   $1,034.34
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2: Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes Fill in the information below.

### Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.
    ☑ Yes Fill in the information below.

11. **Accounts receivable**

| Debtor | Sweet Trucking Co., LLC | Case number (If known) | 3:25-bk-30765 |
|---|---|---|---|
| | Name | | |

| 11a. 90 days old or less: | 146,307.50 | - | 0.00 | = .... | $146,307.50 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

12. **Total of Part 3.**  $146,307.50

    Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

### Part 4: Investments

13. **Does the debtor own any investments?**

    ■ No.  Go to Part 5.
    ☐ Yes Fill in the information below.

### Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ■ No.  Go to Part 6.
    ☐ Yes Fill in the information below.

### Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ■ No.  Go to Part 7.
    ☐ Yes Fill in the information below.

### Part 7: Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ■ No.  Go to Part 8.
    ☐ Yes Fill in the information below.

### Part 8: Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☐ No.  Go to Part 9.
    ■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **2021 Fontaine Magitude 55LP Gooseneck Trailer**<br>SN: 57JE53302M3578062 | $0.00 | N/A | $60,000.00 |
| 47.2. **2021 Fontaine Lowbed Trailer**<br>SN: 57JE53308M3578308 | $0.00 | N/A | $60,000.00 |
| 47.3. **2022 Trail King TK70HDG Trailer**<br>SN: 1TKJ04428NM077179 | $0.00 | N/A | $80,000.00 |

| Debtor | Sweet Trucking Co., LLC | | Case number (If known) | 3:25-bk-30765 |
|---|---|---|---|---|
| | Name | | | |

| | | | | |
|---|---|---|---|---|
| 47.4. | **2024 Fontaine Magnitude 60LCC Tridem**<br>SN: 57JE53301R35A2853 | $0.00 | N/A | $120,000.00 |
| 47.5. | **2024 Trail King TKT50LP Flatbed Trailer**<br>SN: 1TKC03534RR094063 | $0.00 | N/A | $50,000.00 |
| 47.6. | **2020 Kenworth T880 Dump Truck**<br>VIN: 1NKZX4EX0LJ289796 | $0.00 | N/A | $150,000.00 |
| 47.7. | **2023 Kenworth T880 Dump Truck**<br>VIN: 1NKZL40X7PJ238935 | $0.00 | N/A | $200,000.00 |
| 47.8. | **2021 Chevrolet Silverado**<br>VIN: 3GCUYEED8MG121539 | $0.00 | N/A | $33,940.00 |
| 47.9. | **2011 Ford F-250**<br>VIN 1FT7W2BT5BEB21810 | $0.00 | N/A | $24,000.00 |
| 47.10. | **2014 Ford F-150**<br>VIN 1FTNF1CF4EKG41450 | $0.00 | N/A | $8,400.00 |
| 47.11. | **2015 Ford F-250**<br>VIN: 1FT7X2BC2FEC46251 | $0.00 | N/A | $22,000.00 |
| 47.12. | **2020 Cam Small Equipment Trailer**<br>SN: 5JWCF2027LP503765 | $0.00 | N/A | $6,000.00 |
| 47.13. | **1996 Tara Step Deck Trailer**<br>VIN: 1T9EA53BXT1204861 | $0.00 | N/A | $15,000.00 |
| 47.14. | **2014 Fontaine Flip Axle Trailer**<br>SN: 13NM014100E35P071 | $0.00 | | $15,000.00 |
| 47.15. | **1992 Great Dane Flat Bed Trailer** | $0.00 | N/A | $15,000.00 |
| 47.16. | **2016 Transcraft 53' Drop Deck Trailer**<br>SN: 1TTE5320493985576 | $0.00 | N/A | $25,000.00 |
| 47.17. | **1988 Peterbilit 379 Conventional**<br>VIN: 1XP5DB9X9JN263001 | $0.00 | | $30,000.00 |
| 47.18. | **2013 Peterbilt 388 Conventional 6x4**<br>VIN: 1XPWP4EX1DD185207 | $0.00 | | $50,000.00 |
| 47.19. | **2018 Peterbilt 389**<br>VIN: 1XPXP4EX7JD460644 | $0.00 | | $70,000.00 |

Debtor  **Sweet Trucking Co., LLC**  Case number *(If known)* **3:25-bk-30765**
        Name

| | | | | |
|---|---|---|---|---|
| 47.20. | **2011 Freightliner M2 106** VIN: 1FVHCYBS8BHBB1507 | $0.00 | | $25,000.00 |
| 47.21. | **2017 International Prostar** VIN: 3HCDJAPR8HL482954 | $0.00 | | $40,000.00 |
| 47.22. | **2020 International CV515** VIN: 1HTKSSWK3LH354014 | $0.00 | | $17,000.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| **2018 John Deere 325G Track Skid Steer** SN: 1T0325GKHJJ334236 | $0.00 | N/A | $25,000.00 |
| **2020 Hitachi ZX60USB-5N Mini Excavator** SN: 73375 | $0.00 | N/A | $50,000.00 |
| **2024 Komatsu D51PXi-24 Bulldozer** SN: 15803 | $0.00 | N/A | $200,000.00 |

51. **Total of Part 8.**    $1,391,340.00
    Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ■ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

    ■ No. Go to Part 10.
    ☐ Yes Fill in the information below.

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ■ No. Go to Part 11.
    ☐ Yes Fill in the information below.

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

Debtor  **Sweet Trucking Co., LLC**               Case number *(If known)* **3:25-bk-30765**
       Name

■ No. Go to Part 12.
☐ Yes Fill in the information below.

| Debtor | **Sweet Trucking Co., LLC** | Case number *(If known)* | **3:25-bk-30765** |
|---|---|---|---|
| | Name | | |

## Part 12:  Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,034.34 | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | $146,307.50 | |
| 83. | **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $1,391,340.00 | |
| 88. | **Real property.** *Copy line 56, Part 9....................>* | | $0.00 |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. | **Total.** Add lines 80 through 90 for each column | $1,538,681.84  + 91b. | $0.00 |
| 92. | **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,538,681.84 |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Sweet Trucking Co., LLC** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF TENNESSEE |
| Case number (if known) | 3:25-bk-30765 |

■ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property 12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ■ Yes. Fill in all of the information below.

### Part 1: List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>*Amount of claim*<br>Do not deduct the value of collateral. | Column B<br>*Value of collateral that supports this claim* |
|---|---|---|---|
| **2.1** **Amur Equipment Finance**<br>Creditor's Name<br><br>**304 W. 3rd Street**<br>**Grand Island, NE 68801**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>Date debt was incurred<br><br>Last 4 digits of account number<br><br>**Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien**<br>**2023 Kenworth T880 Dump Truck**<br>**VIN:  1NKZL40X7PJ238935**<br><br>**Describe the lien**<br>**Purchase Money Security**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $335,821.35 | $200,000.00 |
| **2.2** **App Funding Beta LLC**<br>Creditor's Name<br><br>**29 W 36th Street Suite 307**<br>**New York, NY 10018**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>Date debt was incurred<br><br>Last 4 digits of account number<br><br>**Do multiple creditors have an interest in the same property?** | **Describe debtor's property that is subject to a lien**<br>**90 days or less: Accounts Receivable**<br><br>**Describe the lien**<br><br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply | $15,124.46 | $146,307.50 |

Official Form 206D      Schedule D: Creditors Who Have Claims Secured by Property      page 1 of 8

| Debtor | **Sweet Trucking Co., LLC** | Case number (if known) | **3:25-bk-30765** |
|---|---|---|---|
| | Name | | |

☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
1. App Funding Beta LLC
2. EBF Holdings, LLC
3. Keystone Financials, LLC

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.3** **Arvest Bank**
Creditor's Name

**801 John Barrow Road
Little Rock, AR 72205**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**2022 Trail King TK70HDG Trailer
SN:  1TKJ04428NM077179**

Describe the lien
**Purchase Money Security**

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$42,141.14    $80,000.00

---

**2.4** **BMO Transportation**
Creditor's Name

**300 E. John W. Carpenter Fwy, Ste. 500
Irving, TX 75062**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**2021 Fontaine Lowbed Trailer
SN:  57JE53308M3578308**

Describe the lien
**Purchase Money Security**

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$12,282.36    $60,000.00

---

**2.5** **Cashmere Valley Bank**
Creditor's Name

**124 E. Penny Road, Ste. 202
Wenatchee, WA 98801**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**2020 Kenworth T880 Dump Truck
VIN:  1NKZX4EX0LJ289796**

Describe the lien

$166,669.80    $150,000.00

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 2 of 8

| Debtor | Sweet Trucking Co., LLC | Case number (if known) | 3:25-bk-30765 |
|---|---|---|---|
| | Name | | |

**Purchase Money Security**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No

**Date debt was incurred**
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **EBF Holdings, LLC** | **Describe debtor's property that is subject to a lien** | $16,166.15 | $146,307.50 |
|---|---|---|---|---|
| | Creditor's Name | **90 days or less: Accounts Receivable** | | |

**2001 NW 107th Ave., 3rd Floor**
**Miami, FL 33172-2513**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No

**Date debt was incurred**
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.2**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **Financial Pacific Leasing** | **Describe debtor's property that is subject to a lien** | $21,193.92 | $40,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **2017 International Prostar** | | |
| | | **VIN:  3HCDJAPR8HL482954** | | |

**3455 S. 34th Way, Ste. 300**
**Auburn, WA 98001**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No

**Date debt was incurred**
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| Debtor | Sweet Trucking Co., LLC | Case number (if known) | 3:25-bk-30765 |
|---|---|---|---|
| | Name | | |

---

**2.8 Financial Pacific Leasing**
Creditor's Name

3455 S. 34th Way, Ste. 300
Auburn, WA 98001
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
2024 Trail King TKT50LP Flatbed Trailer
SN:  1TKC03534RR094063

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$54,547.27    $50,000.00

---

**2.9 Huntington Equipment Finance**
Creditor's Name

2361 Morse Road, Ste. NC1N7
Columbus, OH 43229
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
2021 Fontaine Magitude 55LP Gooseneck Trailer
SN:  57JE53302M3578062

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$8,674.68    $60,000.00

---

**2.10 JB&B Capital**
Creditor's Name

109 S. Northshore Dr., Ste. 200
Knoxville, TN 37919
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Describe debtor's property that is subject to a lien**
2024 Komatsu D51PXi-24 Bulldozer
SN:  15803

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No

$182,762.58    $200,000.00

---

| Debtor | **Sweet Trucking Co., LLC** | Case number (if known) | **3:25-bk-30765** |
|---|---|---|---|
| | Name | | |

**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1.1 | **JB&B Capital** | Describe debtor's property that is subject to a lien | $166,969.18 | $70,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **2018 Peterbilt 389** | | |
| | **109 S. Northshore Dr., Ste. 200** | **VIN: 1XPXP4EX7JD460644** | | |
| | **Knoxville, TN 37919** | | | |
| | Creditor's mailing address | | | |

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1.2 | **Keystone Financials, LLC** | Describe debtor's property that is subject to a lien | $14,000.00 | $146,307.50 |
|---|---|---|---|---|
| | Creditor's Name | **90 days or less: Accounts Receivable** | | |
| | **519 S. Red Haven Lane** | | | |
| | **Dover, DE 19901** | | | |
| | Creditor's mailing address | | | |

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.2**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1.3 | **Leaf Capital d/b/a Leaf Lease Services** | Describe debtor's property that is subject to a lien | $55,645.14 | $50,000.00 |
|---|---|---|---|---|

| Debtor | **Sweet Trucking Co., LLC** | Case number (if known) | **3:25-bk-30765** |
|---|---|---|---|
| | Name | | |

|  | Creditor's Name | | |
|---|---|---|---|
| | | **2020 Hitachi ZX60USB-5N Mini Excavator** <br> SN: 73375 | |
| | **2005 Market Street, 14th Floor** <br> **Philadelphia, PA 19103** | | |
| | Creditor's mailing address | **Describe the lien** <br> **Financing Statement** | |
| | | **Is the creditor an insider or related party?** <br> ■ No <br> ☐ Yes | |
| | Creditor's email address, if known | **Is anyone else liable on this claim?** <br> ■ No <br> ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | |
| | **Date debt was incurred** | | |
| | **Last 4 digits of account number** | | |
| | **Do multiple creditors have an interest in the same property?** <br> ■ No <br> ☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:** <br> Check all that apply <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |

---

| 2.14 | **Mitsubishi HC Capital** | **Describe debtor's property that is subject to a lien** <br> **2024 Fontaine Magnitude 60LCC Tridem** <br> SN: 57JE53301R35A2853 | $127,376.60 | $120,000.00 |
|---|---|---|---|---|
| | Creditor's Name | | | |
| | **140 East 45th Street 30B-1** <br> **New York, NY 10017** | | | |
| | Creditor's mailing address | **Describe the lien** <br> **Purchase Money Security** | | |
| | | **Is the creditor an insider or related party?** <br> ■ No <br> ☐ Yes | | |
| | Creditor's email address, if known | **Is anyone else liable on this claim?** <br> ■ No <br> ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Date debt was incurred** | | | |
| | **Last 4 digits of account number** | | | |
| | **Do multiple creditors have an interest in the same property?** <br> ■ No <br> ☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:** <br> Check all that apply <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |

---

| 2.15 | **TD Auto Finance** | **Describe debtor's property that is subject to a lien** <br> **2021 Chevrolet Silverado** <br> VIN: 3GCUYEED8MG121539 | $37,271.23 | $33,940.00 |
|---|---|---|---|---|
| | Creditor's Name | | | |
| | **27777 Inkster Road** <br> **Farmington, MI 48333** | | | |
| | Creditor's mailing address | **Describe the lien** <br> **Certificate of Title** | | |
| | | **Is the creditor an insider or related party?** <br> ■ No <br> ☐ Yes | | |
| | Creditor's email address, if known | **Is anyone else liable on this claim?** <br> ■ No <br> ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Date debt was incurred** | | | |
| | **Last 4 digits of account number** | | | |

| Debtor | Sweet Trucking Co., LLC | | Case number (if known) | 3:25-bk-30765 |
|---|---|---|---|---|
| | Name | | | |

| | | | | |
|---|---|---|---|---|
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | | |
| | ■ No | ☐ Contingent | | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| 2.16 | **Truist Bank** | **Describe debtor's property that is subject to a lien** | $16,068.81 | $17,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **2020 International CV515** | | |
| | **Support Services** | **VIN:  1HTKSSWK3LH354014** | | |
| | **P. O. Box 85092qq** | | | |
| | **Richmond, VA 23286** | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | **Certificate of Title** | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ■ No | | |
| | **9/28/2021** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **091** | | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | | |
| | ■ No | ☐ Contingent | | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| 2.17 | **U.S. Bank Equipment Finance** | **Describe debtor's property that is subject to a lien** | $36,517.38 | $25,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **2018 John Deere 325G Track Skid Steer** | | |
| | **1310 Madrid Street, Ste. 101** | **SN:  1T0325GKHJJ334236** | | |
| | **Marshall, MN 56258** | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | **Purchase Money Security** | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ■ No | | |
| | | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | | |
| | ■ No | ☐ Contingent | | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| | | | | |
|---|---|---|---|---|
| 3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | | $1,309,232.05 | |

**Part 2:**   **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

| Debtor | **Sweet Trucking Co., LLC** | Case number (if known) | **3:25-bk-30765** |
|---|---|---|---|
| | Name | | |

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Jason Gange**<br>**1245 Hewlett Plaza #478**<br>**Hewlett, NY 11557** | Line __2.2__ | |
| **U.S. Bank**<br>**607 Market Street**<br>**Knoxville, TN 37902** | Line __2.17__ | |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Sweet Trucking Co., LLC** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF TENNESSEE |
| Case number (if known) | **3:25-bk-30765** |

■ Check if this is an amended filing

Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   - ☐ No. Go to Part 2.
   - ■ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|     |                                              |                                                    | Total claim | Priority amount |
|-----|----------------------------------------------|----------------------------------------------------|-------------|-----------------|
| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:      | $71,901.61  | $71,901.61      |
|     | **Internal Revenue Service**                 | *Check all that apply.*                            |             |                 |
|     | **Centralized Insolvency Operation**         | ☐ Contingent                                       |             |                 |
|     | **PO Box 7346**                              | ☐ Unliquidated                                     |             |                 |
|     | **Philadelphia, PA 19101-7346**              | ☐ Disputed                                         |             |                 |
|     | Date or dates debt was incurred              | Basis for the claim: **941 Taxes**                 |             |                 |
|     | Last 4 digits of account number              | Is the claim subject to offset?                    |             |                 |
|     | Specify Code subsection of PRIORITY          | ■ No                                               |             |                 |
|     | unsecured claim: 11 U.S.C. § 507(a) (**8**)  | ☐ Yes                                              |             |                 |

## Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|     |                                                 |                                                                    | Amount of claim |
|-----|-------------------------------------------------|--------------------------------------------------------------------|-----------------|
| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17,821.95      |
|     | **Contractor's Machinery**                      | ☐ Contingent                                                       |                 |
|     | **3310 Wright's Ferry Road**                    | ☐ Unliquidated                                                     |                 |
|     | **Louisville, TN 37777**                        | ☐ Disputed                                                         |                 |
|     | Date(s) debt was incurred __                    | Basis for the claim: **Trade Debt**                                |                 |
|     | Last 4 digits of account number __              | Is the claim subject to offset? ■ No  ☐ Yes                        |                 |
| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,685.24       |
|     | **Fleet Tire**                                  | ☐ Contingent                                                       |                 |
|     | **111 East Woodland Avenue**                    | ☐ Unliquidated                                                     |                 |
|     | **Knoxville, TN 37917**                         | ☐ Disputed                                                         |                 |
|     | Date(s) debt was incurred __                    | Basis for the claim: **Trade Debt**                                |                 |
|     | Last 4 digits of account number __              | Is the claim subject to offset? ■ No  ☐ Yes                        |                 |

| Debtor | Sweet Trucking Co., LLC | Case number (if known) | 3:25-bk-30765 |
|---|---|---|---|
| | Name | | |

### 3.3
**Nonpriority creditor's name and mailing address**
Great Lakes Petroleum
11110 Westlake Road
Charlotte, NC 28208

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$38,068.92**

---

### 3.4
**Nonpriority creditor's name and mailing address**
JB&B Capital
109 S. Northshore Dr., Ste. 200
Knoxville, TN 37919

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Loan__

Is the claim subject to offset? ■ No ☐ Yes

**$12,595.47**

---

### 3.5
**Nonpriority creditor's name and mailing address**
Power Equipment
3300 Dozer Lane
Knoxville, TN 37920

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Debt__

Is the claim subject to offset? ☐ No ■ Yes

**$22,826.19**

---

### 3.6
**Nonpriority creditor's name and mailing address**
Thompson Truck Leasing
4550 Rutledge Pike
Knoxville, TN 37914

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Lease arrearage__

Is the claim subject to offset? ■ No ☐ Yes

**$67,315.95**

---

### 3.7
**Nonpriority creditor's name and mailing address**
Truist Bank
214 N Tyron Street
Charlotte, NC 28202

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Loan__

Is the claim subject to offset? ■ No ☐ Yes

**$19,266.64**

---

### 3.8
**Nonpriority creditor's name and mailing address**
Truist Bank
214 N Tyron Street
Charlotte, NC 28202

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Small Business Loan__

Is the claim subject to offset? ■ No ☐ Yes

**$14,019.73**

---

### 3.9
**Nonpriority creditor's name and mailing address**
Truist Bank
Support Services
P. O. Box 85092
Richmond, VA 23286

Date(s) debt was incurred __
Last 4 digits of account number __0758__

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Small Business LOC__

Is the claim subject to offset? ■ No ☐ Yes

**$28,130.91**

| Debtor | Sweet Trucking Co., LLC | Case number (if known) | 3:25-bk-30765 |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$44,296.70** |
| | **US Bank**<br>**Bankruptcy Department**<br>**P. O. Box 108**<br>**Saint Louis, MO 63166-0108** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Credit Card** | |
| | Last 4 digits of account number __ | Is the claim subject to offset?  ■ No   ☐ Yes | |

### Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **4500 Renaissance Pkwy**<br>**Cleveland, OH 44128** | Line **3.3**<br>☐ Not listed. Explain ____ | __ |
| 4.2 | **Lasource Group**<br>**2520 Hampton Ave**<br>**Erie, PA 16502** | Line **3.3**<br>☐ Not listed. Explain ____ | __ |
| 4.3 | **Phillip Byron Jones**<br>**Evans, Jones & Reynolds, P.C.**<br>**401 Commerce Street, Ste. 710**<br>**Nashville, TN 37219-2405** | Line **3.6**<br>☐ Not listed. Explain ____ | __ |
| 4.4 | **Truist Bank**<br>**900 S. Gay Street**<br>**Knoxville, TN 37902** | Line **3.7**<br>☐ Not listed. Explain ____ | __ |
| 4.5 | **Truist Bank**<br>**900 S. Gay Street**<br>**Knoxville, TN 37902** | Line **3.9**<br>☐ Not listed. Explain ____ | __ |
| 4.6 | **Truist Bank**<br>**900 S. Gay Street**<br>**Knoxville, TN 37902** | Line **3.8**<br>☐ Not listed. Explain ____ | __ |
| 4.7 | **United States Attorney's Office**<br>**Howard H. Baker Jr. U.S. Courthouse**<br>**800 Market Street, Suite 211**<br>**Knoxville, TN 37902** | Line **2.1**<br>☐ Not listed. Explain ____ | __ |
| 4.8 | **US Attorney General's Office**<br>**950 Pennsylvania Avenue, NW**<br>**Washington, DC 20530-0001** | Line **2.1**<br>☐ Not listed. Explain ____ | __ |
| 4.9 | **US Bank**<br>**607 Market Street**<br>**Knoxville, TN 37902** | Line **3.10**<br>☐ Not listed. Explain ____ | __ |

### Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| Debtor | **Sweet Trucking Co., LLC** | Case number (if known) | **3:25-bk-30765** |
|---|---|---|---|
| | Name | | |

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 71,901.61 |
| **5b. Total claims from Part 2** | 5b. + | $ | 273,027.70 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 344,929.31 |

**Fill in this information to identify the case:**

Debtor name: **Sweet Trucking Co., LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF TENNESSEE

Case number (if known): **3:25-bk-30765**

■ Check if this is an amended filing

Official Form 206G
# Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest: **Business location on Western Avenue, Knoxville, TN.** | |
| | State the term remaining: **1 Year** | **Rare Properties**<br>**140 N. Ocoee Street**<br>**Cleveland, TN 37311** |
| | List the contract number of any government contract: | |

# United States Bankruptcy Court
### Eastern District of Tennessee

In re **Sweet Trucking Co., LLC**        Case No. **3:25-bk-30765**
Debtor(s)        Chapter **11**

## DECLARATION CONCERNING DEBTOR'S AMENDED SCHEDULES

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing , consisting of **19** page(s), and that they are true and correct to the best of my knowledge, information, and belief.

Date **May 16, 2025**        Signature **/s/ Gary Wayne Sweet, Jr.**
**Gary Wayne Sweet, Jr.**
**Managing Member**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.